1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 HARCHARAN SINGH GILL,            )      No. 2:08-cv-00194-MCE-EFB
                                    )
12        Plaintiff,                )
                                    )
13    v.                            )      JOINT STIPULATION AND ORDER RE:
                                    )      EXTENSION OF TIME
14 Michael Chertoff, Secretary of Homeland )
   Security, et al.                 )
15                                  )
          Defendants.               )
16 _____   )

17

18      This is an immigration case in which plaintiffs have challenged the denial of their applications to

19 adjust status by U.S. Citizenship and Immigration Services (CIS).  The government respectfully

20 informs that Court that it has requested the administrative records in the matter, but as of the date of

21 this filing, they have not yet arrived.  Accordingly, the government requests an additional 30 days to

22 file an answer to the complaint; counsel for plaintiff does not oppose this request.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-1-

The parties therefore stipulate that the time for filing the government's answer be extended to July 10, 2008, and that any other filing dates be similarly extended to after that time.

Dated: June 10, 2008

McGREGOR W. SCOTT
United States Attorney

By:    /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By:    /s/ Jagdip Singh Sekhon
Jagdip Singh Sekhon
Attorney for the Plaintiffs

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on July 10, 2008.

IT IS SO ORDERED.

Dated: June 11, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE