Jagdip Singh Sekhon, CSB #170324
SEKHON & SEKHON
601 Montgomery Street  Suite 402
San Francisco, CA  94111-2607
Telephone:      (415) 394-1290
Facsimile:       (415) 394-1293
Electronic Mail: jagdip@sekhonlaw.com

Attorney for *HARCHARAN SINGH GILL & BALJIT KAUR GILL.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARCHARAN SINGH GILL and BALJIT KAUR GILL**<br><br>    **Plaintiffs,**<br><br>    v.<br><br>**MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; DAVID STILL, San Francisco District Director of Bureau of Citizenship & Immigration Services; MICHAEL C. BIGGS, Field Office Director of Bureau of Citizenship and Immigration Services Sacramento Sub Office.**<br><br>    **Defendants.** | **NO. 2:08-cv-00194-EFB**<br><br><br><br><br><br>**ORDER** |

1

**ORDER**

Plaintiffs' unopposed motion seeking a fourteen day extension to file their motion for summary judgment is hereby **GRANTED**.  Plaintiffs' motion is now due on February 16, 2009. <u>The time for defendants to file their cross-motion for summary judgment is similarly extended and it shall be filed no later than March 16, 2009.</u>

Dated: February 2, 2009

_____
The Honorable Edmund F. Brennan, Magistrate Judge
United States District Court, Easter District of California

2