McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HARCHARAN SINGH GILL, et al., | No. Civ. S-08-0194 EFB |
| Plaintiffs, | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

This is an immigration case in which plaintiffs have challenged the denial of their applications to adjust status by U.S. Citizenship and Immigration Services (CIS). The parties are in the process of attempting to reach a resolution to this matter at the administrative level.

Toward this end, the parties respectfully request that the time for filing motions for summary judgment be extended 60 additional days, and all other dates be similarly postponed; i.e., the date for filing the plaintiff's motion for summary judgment will be May 4, 2009, the defendants on June 4, 2009.

Dated: March 3, 2009

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                By:    /s/Audrey Hemesath
                                      Audrey B. Hemesath
                                      Assistant U.S. Attorney
                                      Attorneys for the Defendants

By: /s/ Jagdip Singh Sekhon
Jagdip Singh Sekhon
Attorney for the Plaintiffs

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that the date for filing plaintiff's motion for summary judgment is extended to May 4, 2009, and the date for filing defendants' motion for summary judgment is extended to June 4, 2009.

The court is cognizant of the parties' attempts to settle this case. However, given the length of the third extension granted herein, the court is not inclined to grant additional requests for extension of time.

IT IS SO ORDERED.

DATED: March 5, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE