UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARCHARAN SINGH GILL and BALJIT KAUR GILL<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; DAVID STILL, San Francisco District Director of Bureau of Citizenship & Immigration Services; MICHAEL C. BIGGS, Field Office Director of Bureau of Citizenship and Immigration Services Sacramento Sub Office.<br><br>Defendants. | NO. 2:08-cv-00194-EFB<br><br>ORDER RE: PLAINTIFFS' *UNOPPOSED* MOTION TO VOLUNTARILY DISMISS PROCEEDINGS |

Plaintiffs' unopposed motion to voluntarily dismiss their case is hereby GRANTED.

The Clerk is directed to close the case.

**SO ORDERED.**

**DATED: March 11, 2009.**

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE